## **INDEX OF EXHIBITS**

**Exhibit 1** – Settlement Agreement

**Exhibit 2** – *In re: TK Holdings, Inc.* - Motion

**Exhibit 3** – *In re: TK Holdings, Inc.* - Order